## 681.   SUTTON v. THE STATE.

HILL, C. J.   1. Abusive language, without more, is not a valid defense
to a battery with a large pistol, sufficient in severity to knock down
and cause unconsciousness.

2. The aggressor in the use of opprobrious words can not set up, as a de-
fense to a violent battery with a pistol, the use of similar words pro-
voked by his own language.

3. The verdict rendered was the verdict required by the undisputed evi-
dence and the defendant's statement, considered separately or together.

4. The grounds in the motion for a new trial are utterly without merit.
                                                   *Judgment affirmed.*

Accusation of assault and battery, from city court of Sylvester—
Judge Park.   June 6, 1907.

Submitted October 7,—Decided October 16, 1907.

*Polhill & Foy,* for plaintiff in error.

*J. H. Tipton, solicitor,* contra.